WILLIAM RUTHERFORD, AS TREASURER OF THE MADRID CHEESE FACTORY, RESPONDENT, *v.* THOMAS BAMBER AND OTHERS, APPELLANTS.

Judgment armed, with costs.

THE BANK OF WHITEHALL *v.* MARIA TISDALL, AND OTHERS, ADMINISTRATORS.

Judgment affirmmed, with costs.

IN THE MATTER OF THE SURROGATESHIP OF ST. LAWRENCE COUNTY.

Motion granted.

RENSSELAER RILEY *v.* JOHN C. HULBERT.

Motion to dismiss appeal denied, with $10 costs.

BOCKES, J., taking no part.

ALSTON W. HULBERT, AND ANOTHER, AS EXECUTORS, &c., OF MARY BRAINARD, DECEASED, APPELLANTS, *v.* ADAM NICHOL, RESPONDENT.

Motion for reargument, and for leave to go to the Court of Appeals denied, with $10 costs.

WILLIAM A. NYE *v.* THE NORTHERN CENTRAL RAILROAD COMPANY.

Motion to dismiss appeal denied, with $10 costs.

THE ST. LAWRENCE UNIVERSITY, APPELLANT, *v.* STEPHEN ROOD AND MARY E. ROOD, HIS WIFE, RESPONDENTS.

Order affirmed, with $10 costs, and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENTS, *v.* HENRY D. DENISON AND OTHERS, APPELLANTS.

Order affirmed, with $10 costs, and disbursements.

DAVID H. CARVER, AS RECEIVER, &c., RESPONDENT, *v.* KATE C. HALL AND OTHFRS, APPFLLANTS.

Order reversed, with $10 costs, and disbursements, and motion granted, with $10 costs.